**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

JEFFREY MCCONELL,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2026

**25-CV-6839 (KHP)**

**ORDER**

On January 13, 2026, Plaintiff filed an unopposed motion to extend the filing deadline for his brief.  (ECF No. 8)  Plaintiff's brief was originally due on January 2, 2026, and the present request is untimely.  Nevertheless, the motion is GRANTED.  Plaintiff's brief shall be filed on or before **February 12, 2026**.  Defendant's response brief shall be filed on or before **April 3, 2026**. Plaintiff's reply, if any, shall be filed on or before **April 17, 2026**.  Plaintiff is cautioned that future failures to comply with court-imposed deadlines may result in denial of relief.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8**

**SO ORDERED.**

DATED:      New York, New York
            January 15, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge