**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JEFFREY MCCONELL,

                        Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------------X

**25-CV-6839 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This case has been referred to me for a report and recommendation.  The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties jointly consent, they shall complete the consent form available on the Court's website at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than Friday, February 20, 2026 representing that the parties met and conferred but that they do not jointly consent.  The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

1

**SO ORDERED.**

DATED:      New York, New York
            January 21, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

2